IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 3:08-CV-2248-O |
| v. | § § | |
| **STAR EXPLORATION INC. and JAMES T. GURGAINERS,** | § § § | |
| Defendants, | § § | |
| and | § § | |
| **STAR GEORGETOWN 1 JOINT VENTURE,** *et al.*, | § § § | |
| Relief Defendants. | § | |

## ORDER AND FINAL JUDGMENT

Plaintiff Securities and Exchange Commission has moved to dismiss the remaining claims against Defendant Star Exploration, Inc., and Relief Defendants Star Georgetown 1 Joint Venture, Star Mineral Royalty 1-A, LP, Star Mineral Royalty 1-B, LP, Star Discovery, LP, Star Hamilton 2 Joint Venture, Lagniappe Oil & Gas Leases, LLC, Star Exploration Leasing, LLC, Discovery Drilling, LLC, Discovery Rigs, LLC, Terra Ferma Operating, LLC, Star Financial International, LLP, 1 AP.com, Inc., and Zeroday Technologies, Inc. *See* ECF No. 146. The Court believes Plaintiff's motion is well-founded, and it is hereby **GRANTED**.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims for disgorgement, prejudgment interest and civil penalties against Defendant Star Exploration, Inc., are hereby **DISMISSED with prejudice**. Further, Plaintiff's claims against Relief Defendants

Star Georgetown 1 Joint Venture, Star Mineral Royalty 1-A, LP, Star Mineral Royalty 1-B, LP, Star Discovery, LP, Star Hamilton 2 Joint Venture, Lagniappe Oil & Gas Leases, LLC, Star Exploration Leasing, LLC, Discovery Drilling, LLC, Discovery Rigs, LLC, Terra Ferma Operating, LLC, Star Financial International, LLP, 1 AP.com, Inc., and Zeroday Technologies, Inc., for disgorgement and prejudgment interest are **DISMISSED with prejudice**.

**SO ORDERED** this **25th** day of **May, 2011**.

_Reed O'Connor_
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**